1  Hayes F. Michel (SBN 141841)
   hmichel@bakerlaw.com
2  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, CA  90025
   Telephone:  310.820.8800
4  Facsimile:   310.820.8859

5  Joanne Lichtman (SBN 137300)
   jlichtman@bakerlaw.com
6  Nicole A. Skolout (SBN 276726)
   nskolout@bakerlaw.com
7  BAKER & HOSTETLER LLP
   555 South Flower St,, Suite 4200
8  Los Angeles, CA  90071
   Telephone:  310.820.8800
9  Facsimile:   310.820.8859

10 Attorneys for Defendant
   LITEHOUSE, INC.

11

12                  **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14 GARRETT KOEHLER, as an individual, and on   ) Case No. 4:12-cv-04055-SI
   behalf of all others similarly situated,    )
15                                              ) Hon. Susan Illston
                                                )
16              Plaintiff,                       ) **STIPULATION AND [~~PROPOSED~~] ORDER**
                                                ) **TO CONTINUE CASE MANAGEMENT**
17        vs.                                    ) **CONFERENCE AND RELATED DATES**
                                                )
18 LITEHOUSE, INC., an Idaho corporation,       )
                                                ) [Declaration of Nicole A. Skolout filed
19              Defendants.                      ) concurrently]
                                                )
20 _____ )

21

22

23

24

25

26

27

28

Plaintiff Garrett Koehler ("Plaintiff") and Defendant Litehouse, Inc. ("Litehouse"), by and through their respective counsel of record and pursuant to Civil L.R. 6-2 and 7-12, hereby stipulate as follows:

WHEREAS, on August 1, 2012, Plaintiff filed his initial Complaint in this matter (ECF No. 1);

WHEREAS, on August 13, 2012, Plaintiff served Litehouse with the Complaint, resulting in an initial response date of September 4, 2012;

WHEREAS on August 22, 2012, the Parties filed a stipulation extending the time for Litehouse to respond to the Complaint until October 4, 2012 (ECF No. 7);

WHEREAS, on August 24, 2012, this case was reassigned to this Court for all purposes (ECF No. 12);

WHEREAS, on August 28, 2012, the Clerk issued a notice setting the Case Management Conference for October 5, 2012 at 2:30 p.m. and a deadline of September 28, 2012 for the Parties to submit the Joint Case Management Statement (ECF No. 13);

WHEREAS, Litehouse intends to file a motion to dismiss the Complaint;

WHEREAS, pursuant to Civil L.R. 7-2(a), the hearing on the motion to dismiss can be scheduled no earlier than November 8, 2012;

WHEREAS, the Parties are also engaging in preliminary discussions that may result in settlement of this matter;

WHEREAS, the Parties have agreed, subject to the Court's approval, to continue the Initial Case Management Conference, currently set for October 5, 2012 to February 1, 2013, or such other later date as is convenient to the Court;

WHEREAS, good cause exists to continue the Case Management Conference and related deadlines since the Parties believe and agree that it will be most efficient and convenient for the Court and the Parties to continue the Case Management Conference and related deadlines (including relevant ADR deadlines) to allow for preliminary settlement discussions, and to the extent such discussions are unsuccessful, to allow for full briefing, hearing and decision on Litehouse's motion to dismiss;

WHEREAS, this Stipulation is supported by the Declaration of Nicole A. Skolout, filed concurrently herewith;

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and

2 Litehouse as follows:

3    (1)    The deadline for the parties to conduct the Fed. R. Civ. P. Rule 26(f) conference, meet

4 and confer regarding ADR process selection, file the ADR Certification, and file either the Stipulation

5 to ADR Process or Notice of Need for ADR Phone Conference is continued to January 11, 2013;

6    (2)    The Joint Case Management Statement is due January 25, 2013;

7    (3)    The Initial Case Management Conference is reset for February 1, 2013 at 2:30 p.m.

8

9    In accordance with General Order No. 45, Section X.B, the filer of this document hereby attests

10 that the concurrence to the filing of this document has been obtained from the other signatory hereto.

11

12 Dated:  August 30, 2012            LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.

13

14                        By:_____ /s/ Benjamin M. Lopatin_____

15                        Benjamin M. Lopatin
                        Attorneys for Plaintiff
16                        GARRETT KOEHLER

17 Dated:  August 30, 2012            BAKER & HOSTETLER LLP

18

19                        By:_____ /s/ Nicole A. Skolout_____

20                        Nicole A. Skolout
                        Attorneys for Defendant
21                        LITEHOUSE, INC.

22                            ***

23                        **<u>ORDER</u>**

24 PURSUANT TO STIPULATION, IT IS SO ORDERED

25

26

27 Dated: _____8/31_____, 2012    _____

28                        Hon. Susan Illston, District Court Judge