UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **GARRETT KOEHLER,** as an individual, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>**LITEHOUSE, INC.,** an Idaho corporation,<br><br>*Defendant.* | Civil No.: 12-cv-4055-SI<br><br>HON. JUDGE SUSAN ILLSTON<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: Feb. 1, 2013<br>Time: 2:30 p.m.<br>Room: Courtroom 10, 19th Floor<br><br>**Complaint Filed:  August 1, 2012** |

Upon due consideration of the Joint Stipulation to Continue Case Management Conference ("Stipulation"), and for good cause shown, the Court hereby GRANTS the Stipulation.

IT IS HEREBY ORDERED THAT the Case Management Conference be continued to March 1, 2013 and the Parties shall have until January 25, 2013, to file a Joint Case Management Statement.

Dated:  1/16/13

_____
The Honorable Judge Susan Illston