HAYES F. MICHEL (SBN 141841)
hmichel@bakerlaw.com
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859

Attorneys for Defendant
LITEHOUSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARRETT KOEHLER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LITEHOUSE, INC., an Idaho corporation,<br><br>Defendant. | Case No. 12-cv-04055 SI<br><br>Hon. Susan Illston<br><br>**DEFENDANT LITEHOUSE, INC.'S ANSWER TO THIRD AMENDED COMPLAINT** |

Defendant Litehouse, Inc. ("Defendant") for itself alone, answers and responds to Plaintiff Garrett Koehler's ("Plaintiff") Third Amended Complaint ("Complaint") as follows:

1. Defendant admits the allegations of paragraph 1 of the Complaint.

2. Defendant admits the allegations of paragraph 2 of the Complaint.

3. Defendant admits the allegations of paragraph 3 of the Complaint.

4. Defendant denies the allegations of paragraph 4 of the Complaint.

5. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 5, and, on that basis, denies the allegations of paragraph 5 of the Complaint.

6. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 6, and, on that basis, denies the allegations of paragraph 6 of the Complaint.

7. Paragraph 7 of the Complaint is a legal conclusion which does not require admission or denial.

8. Defendant admits the allegations of paragraph 8 of the Complaint.

9. Defendant denies the allegations of paragraph 9 of the Complaint.

10. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 10, and, on that basis, denies the allegations of paragraph 10 of the Complaint.

11. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 11, and, on that basis, denies the allegations of paragraph 11 of the Complaint.

12. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 12, and, on that basis, denies the allegations of paragraph 12 of the Complaint.

13. Defendant denies the allegations of the first sentence of paragraph 13 of the Complaint. Defendant lacks sufficient knowledge to either admit or deny the allegations of the second sentence of paragraph 13 and, on that basis, denies the allegations of paragraph 13 of the Complaint.

14. Defendant denies the allegations of paragraph 14 of the Complaint.

15. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 15 and, on that basis, denies the allegations of paragraph 15 of the Complaint.

16. Defendant lacks sufficient knowledge as to the introductory claim to either admit or deny the allegations of paragraph 16, and, on that basis, denies the allegations of paragraph 16 of the Complaint.

17. Defendant denies the allegations of paragraph 17 of the Complaint.

18. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 18 and, on that basis, denies the allegations of paragraph 18 of the Complaint.

19. Defendant admits the allegations of paragraph 19 of the Complaint.

20. Defendant admits the allegations of paragraph 20 of the Complaint.

21. Defendant denies the allegations of paragraph 21 and specifically denies that the claims relating to the Product are false.

22. Defendant denies the allegations of paragraph 22 and specifically denies that the claims are false.

23. Defendant admits the allegations of paragraph 23 of the Complaint.

24. Defendant admits the allegations of paragraph 24 of the Complaint.

25. Defendant denies the allegations of paragraph 25 of the Complaint.

26. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 26 and, on that basis, denies the allegations of paragraph 26 of the Complaint.

27. Defendant denies the allegations of paragraph 27 of the Complaint.

28. Defendant denies the allegations of paragraph 28 of the Complaint.

29. Defendant denies the allegations of paragraph 29 of the Complaint.

30. Defendant denies the allegations of paragraph 30 of the Complaint.

31. Defendant denies the allegations of paragraph 31 of the Complaint.

32. Defendant denies the allegations of paragraph 32 of the Complaint.

33. Defendant denies the allegations of paragraph 33 of the Complaint.

34. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 34, and, on that basis, denies the allegations of paragraph 34 of the Complaint.

35. Defendant denies the allegations of paragraph 35 of the Complaint.

36. Defendant denies the allegations of paragraph 36 of the Complaint.

37. Defendant denies the allegations of paragraph 37 of the Complaint.

38. Defendant denies the allegations of paragraph 38 of the Complaint.

39. Defendant denies the allegations of paragraph 39 of the Complaint.

40. Defendant denies the allegations of paragraph 40 of the Complaint.

41. Defendant denies the allegations of paragraph 41 of the Complaint.

42. Defendant denies the allegations of paragraph 42 of the Complaint.

43. Defendant denies the allegations of paragraph 43 of the Complaint.

44. Defendant denies the allegations of paragraph 44 of the Complaint.

45. Defendant denies the allegations of paragraph 45 of the Complaint.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

12-cv-04055 SI

601872454

- 3 -

DEFENDANT LITEHOUSE, INC.'S ANSWER TO THIRD AMENDED COMPLAINT

1    46. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 46, and, on that basis, denies the allegations of paragraph 46.

47. Defendant denies the allegations of paragraph 47 of the Complaint.

48. Defendant denies the allegations of paragraph 48 of the Complaint.

49. Defendant reincorporates and realleges its responses to the paragraphs in the Complaint incorporated by Plaintiff at paragraph 49.

50. Paragraph 50 of the Complaint is a legal conclusion which does not require admission or denial.

51. Defendant denies the allegations of paragraph 51 of the Complaint.

52. Defendant denies the allegations of paragraph 52 of the Complaint.

53. Defendant denies the allegations of paragraph 53 of the Complaint.

54. Defendant denies the allegations of paragraph 54 of the Complaint.

55. Defendant denies the allegations of paragraph 55 of the Complaint.

56. Defendant denies the allegations of paragraph 56 of the Complaint.

57. Defendant denies the allegations of paragraph 57 of the Complaint.

58. Defendant denies the allegations of paragraph 58 of the Complaint.

59. Defendant denies the allegations of paragraph 59 of the Complaint.

60. Defendant denies the allegations of paragraph 60 of the Complaint.

61. Defendant denies the allegations of paragraph 61 of the Complaint.

62. Defendant reincorporates and realleges its responses to the paragraphs in the Complaint incorporated by Plaintiff at paragraph 62.

63. Defendant denies the allegations of paragraph 63 of the Complaint.

64. Defendant denies the allegations of paragraph 64 of the Complaint.

65. Defendant denies the allegations of paragraph 65 of the Complaint.

66. Paragraph 66 of the Complaint is a legal conclusion which does not require admission or denial.

67. Defendant denies the allegations of paragraph 67 of the Complaint.

68. Defendant denies the allegations of paragraph 68 of the Complaint.

1  69. Defendant denies the allegations of paragraph 69 of the Complaint.
2  70. Defendant denies the allegations of paragraph 70 of the Complaint.
3  71. Defendant denies the allegations of paragraph 71 of the Complaint.
4  72. Defendant denies the allegations of paragraph 72 of the Complaint.
5  73. Defendant denies the allegations of paragraph 73 of the Complaint.
6  74. Defendant denies the allegations of paragraph 74 of the Complaint.
7  75. Defendant denies the allegations of paragraph 75 of the Complaint.
8  76. Defendant denies the allegations of paragraph 76 of the Complaint.
9  77. Defendant denies the allegations of paragraph 77 of the Complaint.
10 78. Defendant reincorporates and realleges its responses to the paragraphs in the
11 Complaint incorporated by Plaintiff at paragraph 78.
12 79. Defendant denies the allegations of paragraph 79 of the Complaint.
13 80. Defendant denies the allegations of paragraph 80 of the Complaint.
14 81. Defendant denies the allegations of paragraph 81 of the Complaint.
15 82. Defendant denies the allegations of paragraph 82 of the Complaint.
16 83. Defendant denies the allegations of paragraph 83 of the Complaint.
17 84. Defendant denies the allegations of paragraph 84 of the Complaint.
18 85. Defendant denies the allegations of paragraph 85 of the Complaint.
19 86. Defendant denies the allegations of paragraph 86 of the Complaint.
20 87. Defendant denies the allegations of paragraph 87 of the Complaint.
21 88. Defendant denies the allegations of paragraph 88 of the Complaint.
22 89. Defendant reincorporates and realleges its responses to the paragraphs in the
23 Complaint incorporated by Plaintiff at paragraph 89.
24 90. Defendant denies the allegations of paragraph 90 of the Complaint.
25 91. Defendant denies the allegations of paragraph 91 of the Complaint.
26 92. Defendant denies the allegations of paragraph 92 of the Complaint.
27 93. Defendant denies the allegations of paragraph 93 of the Complaint.
28

94. Paragraph 94 of the Complaint is a legal conclusion which does not require admission or denial.

95. Paragraph 95 of the Complaint is a legal conclusion which does not require admission or denial.

96. Paragraph 96 of the Complaint is a legal conclusion which does not require admission or denial.

97. Defendant denies the allegations of paragraph 97 of the Complaint.

98. Defendant denies the allegations of paragraph 98 of the Complaint.

99. Defendant admits the allegations of paragraph 99 of the Complaint.

100. Defendant denies the allegations of paragraph 100 of the Complaint.

101. Paragraph 101 of the Complaint is a legal conclusion which does not require admission or denial.

102. Defendant denies the allegations of paragraph 102 of the Complaint.

103. Defendant reincorporates and realleges its responses to the paragraphs in the Complaint incorporated by Plaintiff at paragraph 103.

104. Defendant denies the allegations of paragraph 104 of the Complaint.

105. Defendant denies the allegations of paragraph 105 of the Complaint.

106. Defendant denies the allegations of paragraph 106 of the Complaint.

107. Defendant denies the allegations of paragraph 107 of the Complaint.

108. Defendant denies the allegations of paragraph 108 of the Complaint.

109. Defendant denies the allegations of paragraph 109 of the Complaint.

110. Defendant denies the allegations of paragraph 110 of the Complaint.

111. Defendant denies the allegations of paragraph 111 of the Complaint.

112. Defendant denies the allegations of paragraph 112 of the Complaint.

113. Defendant denies the allegations of paragraph 113 of the Complaint.

114. Defendant reincorporates and realleges its responses to the paragraphs in the Complaint incorporated by Plaintiff at paragraph 114.

115. Defendant denies the allegations of paragraph 115 of the Complaint.

| | | |
|---|---|---|
| 1 | 116. | Defendant denies the allegations of paragraph 116 of the Complaint. |
| 2 | 117. | Defendant denies the allegations of paragraph 117 of the Complaint. |
| 3 | 118. | Defendant denies the allegations of paragraph 118 of the Complaint. |
| 4 | 119. | Defendant denies the allegations of paragraph 119 of the Complaint. |
| 5 | 120. | Defendant denies the allegations of paragraph 120 of the Complaint. |
| 6 | 121. | Defendant denies the allegations of paragraph 121 of the Complaint. |
| 7 | 122. | Defendant denies the allegations of paragraph 122 of the Complaint. |
| 8 | 123. | Defendant denies the allegations of paragraph 123 of the Complaint. |
| 9 | 124. | Defendant denies the allegations of paragraph 124 of the Complaint. |

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

1. As a first affirmative defense, Defendant alleges that Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Unclean Hands)**

2. As a second affirmative defense, Defendant alleges that Plaintiff is not entitled to relief on the grounds that his actions have not been undertaken in good faith or with "clean hands."

### THIRD AFFIRMATIVE DEFENSE

**(Improper Class Representative)**

3. As a third affirmative defense, Defendant alleges that Plaintiff is an appropriate class representative.

### FOURTH AFFIRMATIVE DEFENSE

### (Improper Class)

4. As a fourth affirmative defense, Defendant alleges that this is not an appropriate situation for any class to be certified and, specifically, that the class described in the Complaint should not be certified.

### FIFTH AFFIRMATIVE DEFENSE

### (Truth of Statements)

5. As a fifth affirmative defense, Defendant alleges that the statements on the Product label are true and not reasonably susceptible to the interpretation allegedly ascribed to them by Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

### (No Reasonable Reliance)

6. As a sixth affirmative defense, Defendant alleges that Plaintiff did not and could not reasonably rely on his interpretation of the statements on the Product label to guarantee the results he allegedly anticipated.

### SEVENTH AFFIRMATIVE DEFENSE

### (No Reasonable Reliance)

7. As a seventh affirmative defense, Defendant alleges that Plaintiff did not and could not reasonably rely on his interpretation of the statements on the Product label to guarantee the results he allegedly anticipated.

### EIGHTH AFFIRMATIVE DEFENSE

### (Incorporation of Arguments in Motions to Dismiss)

8. As an eighth affirmative defense, Defendant incorporates the arguments previously raised in its Motions to Dismiss.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by reason of the Complaint;

2. That Plaintiff's Complaint be dismissed with prejudice

1     3. That judgment be rendered in favor of Defendant;

2     4. That Defendant be awarded costs of suit;

3     5. That Defendant be awarded reasonable attorneys' fees, if appropriate; and

4     6. For such other and further relief as this Court may deem just and proper.

6   Dated: January 17, 2013                   BAKER & HOSTETLER LLP

8                                             By: /s/ Hayes F. Michel
                                                 Hayes F. Michel

                                            Attorneys for Defendant
                                            LITEHOUSE, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

12-cv-04055 SI

601872454

- 9 -

DEFENDANT LITEHOUSE, INC.'S ANSWER TO THIRD AMENDED COMPLAINT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2013, a true and accurate copy of **DEFENDANT LITEHOUSE, INC.'S ANSWER TO THIRD AMENDED COMPLAINT** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following:

> Benjamin M. Lopatin, Esq.
> THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.
> One Embarcadero Center, Suite 500
> San Francisco, CA 94111
> Telephone:  (800) 436-6437
> Facsimile:   (415) 692-6607
> Email:  lopatin@hwrlawoffice.com

Dated:  January 17, 2013    BAKER & HOSTETLER LLP

/s/ Hayes F. Michel
Hayes F. Michael

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES