Benjamin M. Lopatin, Esq.
Cal. Bar No.: 281730
*lopatin@hwrlawoffice.com*
**THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.**
One Embarcadero Center
Suite 500
San Francisco, CA 94111
(800) 436-6437
(415) 692-6607 (fax)

Attorney for Plaintiff Garrett Koehler

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GARRETT KOEHLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LITEHOUSE, INC., an Idaho corporation,<br><br>Defendant. | CASE NO.: 12-cv-4055-SI<br><br>The Honorable Judge Susan Illston<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Original Complaint filed August 1, 2012 |

**PLEASE TAKE NOTICE** that in accordance with *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), Plaintiff, Garrett Koehler, by and through his undersigned counsel, does hereby file this stipulation of dismissal with prejudice, of all claims asserted against Defendant, Litehouse, Inc., in the above-styled action.

**WHEREAS**, the parties have agreed that this matter may be dismissed with prejudice by the Clerk of Court.

**WHEREAS**, the Parties have agreed to waive any and all costs of this action.

_____

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

1. This matter is hereby dismissed with prejudice.

2. All costs of this action are waived by both Parties.

**Respectfully submitted,**

Dated: March 20, 2013          By: /s/  Benjamin M. Lopatin
                               Benjamin M. Lopatin, Esq.
                               Cal. Bar No.: 281730
                               *lopatin@hwrlawoffice.com*
                               **THE LAW OFFICES OF
                               HOWARD W. RUBINSTEIN, P.A.**
                               One Embarcadero Center, Suite 500
                               San Francisco, CA 94111
                               (800) 436-6437
                               (415) 692-6607 (fax)

                               Attorney for Plaintiff Garrett Koehler

Dated: March 20, 2013          **/s/  Hayes F. Michel**
                               HAYES F. MICHEL (SBN 141841)
                               hmichel@krakowskymichel.com
                               KRAKOWSKY MICHEL LLP
                               1925 Century Park East, Suite 2050
                               Los Angeles, California 90067
                               Telephone: 310.277.0262
                               Facsimile: 310.277.0298

                               Attorneys for Defendant
                               LITEHOUSE, INC.

**ATTESTATION**

I, Benjamin M. Lopatin, do hereby declare that concurrence in the filing of the foregoing document has been obtained from Hayes F. Michel on this 20th day of March, 2013.

                               /s/   Benjamin M. Lopatin
                               Benjamin M. Lopatin

_____