

1  Benjamin M. Lopatin, Esq.
2  Cal. Bar No.: 281730
   *lopatin@hwrlawoffice.com*
3  **THE LAW OFFICES OF**
   **HOWARD W. RUBINSTEIN, P.A.**
4  One Embarcadero Center
   Suite 500
5  San Francisco, CA 94111
6  (800) 436-6437
   (415) 692-6607 (fax)
7
8  Attorney for Plaintiff Garrett Koehler

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GARRETT KOEHLER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> LITEHOUSE, INC., an Idaho corporation, <br><br> Defendant. | CASE NO.: 12-cv-4055-SI <br><br> The Honorable Judge Susan Illston <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Original Complaint filed August 1, 2012 |

**PLEASE TAKE NOTICE** that in accordance with *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), Plaintiff, Garrett Koehler, by and through his undersigned counsel, does hereby file this stipulation of dismissal with prejudice, of all claims asserted against Defendant, Litehouse, Inc., in the above-styled action.

**WHEREAS**, the parties have agreed that this matter may be dismissed with prejudice by the Clerk of Court.

**WHEREAS**, the Parties have agreed to waive any and all costs of this action.

_____

*Stipulation of Dismissal With Prejudice*
Case No.: CV 12-4055-SI
Page 1 of 2

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

1. This matter is hereby dismissed with prejudice.

2. All costs of this action are waived by both Parties.

**Respectfully submitted,**

Dated: March 20, 2013    By: /s/  Benjamin M. Lopatin
                                        Benjamin M. Lopatin, Esq.
                                        Cal. Bar No.: 281730
                                        *lopatin@hwrlawoffice.com*
                                        **THE LAW OFFICES OF**
                                        **HOWARD W. RUBINSTEIN, P.A.**
                                        One Embarcadero Center, Suite 500
                                        San Francisco, CA 94111
                                        (800) 436-6437
                                        (415) 692-6607 (fax)

                                        Attorney for Plaintiff Garrett Koehler

Dated: March 20, 2013    **/s/  Hayes F. Michel**
                                        HAYES F. MICHEL (SBN 141841)
                                        hmichel@krakowskymichel.com
                                        KRAKOWSKY MICHEL LLP
                                        1925 Century Park East, Suite 2050
                                        Los Angeles, California 90067
                                        Telephone: 310.277.0262
                                        Facsimile: 310.277.0298

                                        Attorneys for Defendant
                                        LITEHOUSE, INC.

**ATTESTATION**

I, Benjamin M. Lopatin, do hereby declare that concurrence in the filing of the foregoing document has been obtained from Hayes F. Michel on this 20th day of March, 2013.

                                        /s/   Benjamin M. Lopatin
                                        Benjamin M. Lopatin